IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE CLARA WRIGHT HILL a/k/a Willie Clara Hill, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:18cv652-MHT (WO) |
| SN SERVICE CORP., as servicer for Christopher Seveney & Diana Seveney, as Trustees for 7E Construction 401(k) Plan and 7E Construction Plan, et al., | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**JUDGMENT**

The court having been informed in the notice of settlement (doc. no. 66) that this cause is now settled as to defendant SN Service Corp., etc., it is the ORDER, JUDGMENT, and DECREE of the court that plaintiff Willie Clara Wright Hill's claims against defendant SN Service Corp., etc., are dismissed in their entirety with prejudice, with said defendant terminated as a party; with the parties to bear their own costs; with

leave to the parties, within 49 days, to stipulate to a different basis for dismissal or to stipulate to the entry of judgment instead of dismissal; and with leave to any party to file, within 49 days, a motion to have the dismissal set aside and the case reinstated or the settlement enforced, should the settlement not be consummated.

It is further ORDERED that defendant SN Service Corp., etc.'s partial motion to dismiss (doc. no. 37) is denied as moot, with leave to reinstate should the settlement not be consummated.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 22nd day of January, 2019.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**