IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE CLARA WRIGHT HILL a/k/a Willie Clara Hill, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:18cv652-MHT (WO) |
| 7E CONSTRUCTION 401(K) PLAN, et al., | ) ) ) | |
| Defendants. | ) | |

**JUDGMENT**

The court having been informed in the notice of settlement (doc. no. 70) that this cause is now settled as to defendants 7E Construction 401(k) Plan and Christopher Seveney and Diana Seveney, as Trustees for 7E Construction 401(k) Plan, it is the ORDER, JUDGMENT, and DECREE of the court that plaintiff Willie Clara Wright Hill's claims against said defendants are dismissed in their entirety with prejudice, with said defendants terminated as parties; with the parties to bear their own costs; with leave to the parties, within 49 days, to stipulate to a different basis for

dismissal or to stipulate to the entry of judgment instead of dismissal; and with leave to any party to file, within 49 days, a motion to have the dismissal set aside and the case reinstated or the settlement enforced, should the settlement not be consummated.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 22nd day of January, 2019.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**