IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILLIE CLARA WRIGHT HILL ) <br> a/k/a Willie Clara Hill, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> FCI LENDER SERVICES, INC., ) <br> as servicer for Panette, ) <br> LLC, et al., ) <br> ) <br>     Defendants. ) | CIVIL ACTION NO. <br> 2:18cv652-MHT <br> (WO) |

**JUDGMENT**

Pursuant to the joint stipulation of dismissal (doc. no. 75), it is the ORDER, JUDGMENT, and DECREE of the court that defendant FCI Lender Services, Inc., is dismissed with prejudice and terminated as a party, with costs taxed as paid. All claims against all other defendants remain.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 28th day of January, 2019.

                          /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE