IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE CLARA WRIGHT HILL a/k/a Willie Clara Hill, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:18cv652-MHT (WO) |
| PANETTE, LLC, et al., | ) ) | |
| Defendants. | ) | |

### JUDGMENT

Pursuant to the joint stipulation of dismissal (doc. no. 78), it is the ORDER, JUDGMENT, and DECREE of the court that all claims against defendants Ocwen Loan Servicing, LLC, and JP Morgan Chase Bank, N.A. s/b/m Bank One, N.A., are dismissed with prejudice, with the parties to bear their own costs, and with said defendants terminated as parties. All claims against defendant Panatte, LLC remain pending.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 4th day of October, 2019.

                                       /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE