IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **WILLIE CLARA WRIGHT HILL** a/k/a Willie Clara Hill, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:18cv652-MHT (WO) |
| **PANATTE, LLC,** | ) ) | |
| Defendant. | ) | |

OPINION AND ORDER

Plaintiff filed this lawsuit in state court bringing various federal statutory and state common-law claims against multiple defendants. One of the defendants removed the case to this court, asserting that the court had federal-question jurisdiction over the federal claims under 28 U.S.C. § 1331 and supplemental jurisdiction over the state claims pursuant to 28 U.S.C. § 1367. However, since that time, all of plaintiff's federal claims have been dismissed with prejudice. Only state common-law claims against one defendant remain.

Courts "may decline to exercise supplemental jurisdiction over a claim ... if ... the district court has dismissed all claims over which it has original jurisdiction." 28 U.S.C. § 1367(c)(3). Thus, the court ordered that the plaintiff and the remaining defendant show cause in writing by March 11, 2020, as to why this case should not be remanded to state court. *See* Order (doc. no. 80). March 11 has come and gone, and no response was filed. In addition, the parties have orally confirmed that they do not oppose remand of this case to the state court. The court concludes that it should decline to exercise supplemental jurisdiction over the remaining claims in this case, as the state court is better positioned to address the questions of state law presented in this case.

***

Accordingly, it is the ORDER, JUDGMENT, and DECREE of the court that this case is remanded to the Circuit Court of Barbour County.

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

All pending motions are left for resolution by the state court.

This case is closed in this court.

DONE, this the 13th day of March, 2020.

                                /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE